■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAKE WINTERS, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered October 18, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.